IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ROBERT MORRIS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:21-CV-00426-JRG-RSP |
| POWER SPORTS INTERNATIONAL, | § § § | |
| *Defendant*. | § | |

## ORDER

On November 15, 2021, Plaintiff Joe Robert Morris filed a civil complaint alleging patent infringement, but did so without either paying the civil filing fee or seeking leave to proceed *in forma pauperis*. Dkt. No. 1. There has been no further activity from Mr. Morris since then. Magistrate Judge Payne entered a Report and Recommendation, recommending dismissal of Mr. Morris's case for failure to prosecute. Dkt. No. 2. Because no objections have been filed by the deadline set in the Report and Recommendation, and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 12th day of March, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE